UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD GARIPOLI and
ELIZABETH ANGELA BELLON, husband and wife,

    Defendants.
_____/

## COMPLAINT TO FORECLOSE

The United States of America, through undersigned counsel, hereby files a Complaint against the defendants Richard Garipoli and Elizabeth Angela Bellon, ("Defendants") under the Federal Debt Collection Procedures Act ("FDCPA"), 28 U.S.C. § 3001 et seq., and 28 U.S.C. §§ 2001-2003; 18 U.S.C. §§ 3613, 3664.:

1. This is an action brought by the United States to foreclose a criminal restitution judgment lien entered in favor of the United States against Defendant, Richard Garipoli.

2. This Court has jurisdiction of this action pursuant to 28 U.S.C. §1345. Venue is proper in this Court under 28 U.S.C. § 1391.

3. The real property upon which the United States seeks to foreclose its lien consists of a parcel situated in Palm Beach County, Florida within the jurisdiction of this Court, and described as follows:

> Real Property located 20771 Simone Drive, Loxahatchee, Florida and more particularly described as: Lot 37, Santa Rosa Groves; A parcel of land in Section 32, Township 42 South, Range 40 East

Palm Beach County, Florida; said parcel being more particularly described as follows:

Commencing at the Southeast corner of Section 32, Township 42 South, Range 40 East. Thence S 89 degrees 55'20" W, a distance of 3936.81 feet to a point, thence N 00 degrees 29'15" W, a distance of 1506.93, to the point of beginning. Thence continue N 00 degrees 19'15" W, a distance of 756.23 feet to a point, thence S 89 degrees 54'00" W, a distance of 365.00 feet to a point, thence S 00 degrees 19'15" E, a distance of 758.23 feet to a point, thence N 89 degrees 54'00" E, a distance of 365.0 feet to the point of beginning, of the property described.

4. Defendant, Richard Garipoli is a resident of Palm Beach County, Florida, and is currently incarcerated.

5. Defendant, Elizabeth Angela Bellon is a resident of Palm Beach County, Florida, and resides in the property. She may claim an interest in the property due to it being designated as homestead, but any interest she may claim is inferior to the government's lien.

6. The Defendants' interests in the property are inferior to the government's interest. As of the date of this Complaint, no parties other than those named as parties to this case hold a known inferior interest in the property.

### Foreclosure of Criminal Restitution Judgment Lien

7. On January 12, 2023, Richard Garipoli pleaded guilty in case No., 19-cr-80196-AHS (S.D. Fla.) to conspiracy to commit health care fraud and wire fraud, in violation of 18 U.S.C. § 1349. On January 8, 2024, Defendant, Richard Garipoli was sentenced to fifty-seven (57) months imprisonment, and ordered to pay restitution in the amount of $6,332,942.00, plus statutory interest pursuant to 18 U.S.C. § 3612. *See* **Exhibit "A" (Judgment in a Criminal Case)**.

8. On February 9, 2024, the United States recorded a Notice Of Lien for Fine and/or Restitution Imposed Pursuant To The Sentencing Reform Act of 1984 (Notice of Lien) in Official

Records Book 34821, Page 725 of the Public Records of Palm Beach County, Florida. *See* **Exhibit "B" ("Federal Restitution Lien")**.

9. At the time of the entry of the criminal restitution judgment and the recording of the criminal restitution judgment lien in the Public Records of Palm Beach County, the subject property was owned solely by Richard Garipoli. A warranty deed was recorded on August 13, 2016 in the public records of Palm Beach County in favor of Defendant. *See* **Exhibit "C"**.

10. As of May 3, 2024, the Defendant has made no payments toward the judgment, but a total of $456,503.78 has been received and credited towards the debt secured by the lien. There is presently a balance remaining of $5,876,538.22, plus statutory interest.

11. The federal criminal restitution judgment and federal criminal restitution judgment lien attach to and encumber Richard Garipoli's interest in the subject property and can be foreclosed.

12. To date, Defendant Richard Garipoli has neglected, failed and/or refused to pay the full amount of the criminal restitution debt secured by the criminal restitution judgment and federal criminal restitution judgment lien. Prior to the filing of this suit, Plaintiff gave the Defendants notice of the obligation and demanded payment of the same.

WHEREFORE, Plaintiff, the United States of America, prays for the following relief:

A. That this Court determine the priority of all claims to and liens upon the subject property;

B. That this Court adjudge and decree that the restitution judgment lien of the United States be foreclosed against the subject property, that the property be sold free and clear of the liens and claims of all parties having an inferior interest in the property, and that the net proceeds of the sale be distributed in accordance with the priority determined by the Court, and

C.     That the United States be granted its costs incurred in this action, and that the Court grant such other and further relief as justice requires.

Respectfully submitted,

**MARKENZY LAPOINTE
UNITED STATES ATTORNEY**

By: _____
Danielle N. Croke
Assistant U.S. Attorney
Florida Bar No. 0723258
500 s. Australian Avenue, 4th Floor
West Palm Beach, FL 33401
Telephone No. (561) 209-1035
Fax No. (561) 655-9785
E-mail: danielle.croke@usdoj.gov
Counsel for United States of America