UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80573-CIV-SINGHAL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD GARIPOLI and ELIZABETH ANGELA
BELLON, husband and wife,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** has come before the Court on Plaintiff's Motion to Dismiss Defendant, Elizabeth Angela Bellon, Only (the "Motion") (DE [16]), which was filed on August 19, 2024.

Plaintiff's Motion was referred to Magistrate Judge Shaniek Mills Maynard for Report and Recommendation ("R&R"). *See* (DE [42]). The Magistrate Judge issued an R&R (DE [43]) on January 9, 2025, recommending that Plaintiff's Motion be denied. The Court has reviewed the record and has made a *de novo* review of the issues. Moreover, no timely objection nor request for extension of time has been filed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this Report and Recommendation (DE [43]) of the Magistrate Judge is **APPROVED AND ADOPTED.** Plaintiff's Motion to Dismiss Defendant, Elizabeth Angela Bellon, Only (DE [16]) is **DENIED WITHOUT PREJUDICE.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 27th day of January 2025.

Copies furnished counsel via CM/ECF

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE